# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:17-cv-02460-RGK (SK) | Date | July 27, 2018 |
| Title | Brokken v. Laus | | |

| | |
|---|---|
| Present: The Honorable | Steve Kim, U.S. Magistrate Judge |

| Connie Lee | n/a |
|---|---|
| Deputy Clerk | Court Smart / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER TO SHOW CAUSE RE: MOOTNESS**

Plaintiff, a California state pre-trial detainee, proceeds pro se and *in forma pauperis* in this civil rights action alleging that Defendant Dr. Laus violated his Eighth Amendment right to be free from cruel and unusual punishment by refusing to authorize a surgery to repair Plaintiff's injured right arm. (ECF No. 1). On April 16, 2018, Plaintiff requested that the Clerk enter default against Dr. Laus for failure to appear and file a timely responsive pleading, which the Clerk did on April 19, 2018. (ECF Nos. 24, 25). But on the same day, Plaintiff filed a status report indicating that Dr. Laus has now authorized the surgery and only the timing of the surgery is left to be determined. (ECF No. 23).

THEREFORE, Plaintiff is ORDERED TO SHOW CAUSE **on or before August 27, 2018** why this case should not be dismissed as moot because he has received the relief sought by this action (i.e., the surgery). To discharge this Order to Show Cause, Plaintiff must show why this action is not mooted by the authorization of Plaintiff's surgery and what, if any, other relief he is requesting and entitled to. If Plaintiff claims that this case is not moot, he must prosecute this action as required by Fed. R. Civ. P. 55(b) and Local Rule 55-1 to avoid involuntary dismissal.

If, however, the case is now moot and Plaintiff no longer wishes to pursue this action, he may voluntarily dismiss the action without prejudice under Fed. R. Civ. P. 41(a). Voluntary dismissal does not count as a strike against prisoner litigation under 28 U.S.C. § 1915(g). The Clerk is directed to provide Plaintiff with a Notice of Voluntary Dismissal Form CV-009.

**If Plaintiff does not file a timely response to this Order to Show Cause, Plaintiff is advised that the Complaint may be subject to involuntary dismissal for failure to prosecute and/or obey court orders.** *See* Fed. R. Civ. P 41(b); L.R. 41-1.